**Order filed February 11, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00619-CV
_____

**IN THE INTEREST OF J.L.J., J.J., T.M.J., T.T.J., T.L.J., AND J.Q.J., CHILDREN, Appellants**

**V.**

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee**

---

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-64900**

---

## O R D E R

The clerk's record was filed November 5, 2021; the first supplemental clerk's record was filed January 10, 2022; and the second supplemental clerk's record was filed on December 30, 2021. Our review has determined that relevant items have been omitted from the clerk's record. *See* TEX. R. APP. P. 34.5(c). The record does not contain the following:

1. Permanency Hearing Order Before Final Order, signed February 26, 2020;
2. Respondent's Motion for Continuance, filed on or about December 14, 2020;
3. Respondent's Second Amended Motion for Continuance, filed on or about February 9, 2021;
4. Notice of Continuation of Trial, filed on or about February 12, 2021;
5. Permanency Hearing Order Before Final Order, signed February 13, 2021;
6. Respondent's Motion for Continuance, filed on or about April 12, 2021;
7. Permanency Hearing Order Before Final Order, signed April 20, 2021; and
8. Notice of Resumption of Recessed Trial, filed on or about July 27, 2021.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **February 22, 2022**, containing the items listed above. If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Bourliot and Spain.